UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **RICHARD WAGNER**, | ) | Case No. 1:24-cv-1463 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| **DOST, INC, et al** | ) | |
| | ) | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

Pursuant to separate confidential Release and Settlement Agreements entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further inform the Court the terms of the parties confidential Release and Settlement Agreements contemplate long-term undertakings over 12 months as well as expressly agrees to retention of jurisdiction and stipulate the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreements.

Respectfully submitted,

*Counsel for Plaintiff*:

/s/ *Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (0074743)
6800 W. Central Ave., Suite C-1
Toledo, Ohio 43617
P: (734) 240-0848
F: (419) 241-9737
E: obdjr@owendunnlaw.com

*Counsel for Defendant Dost, Inc:*

s/ *Robert L. Solt, IV*
Mark S. Barnes (0064647)
Robert L. Solt, IV (0087954)
Bugbee & Conkle, LLP
405 Madison Avenue, Suite 1900
Toledo, Ohio 43604-1238
Telephone: (419) 244-6788
Telefax: (419) 244-7145
mbarnes@bugbeelawyers.com
rsolt4@bugbeelawyers.com
Counsel for Defendant Dost, Inc.

Counsel for Defendant El Pino Solo, LLC:

/s/ *Shannon E. Kreuer*
Shannon E. Kreuer (0096536)
**CRITCHFIELD, CRITCHFIELD &
JOHNSTON, LTD.**
4996 Foote Road
Medina, Ohio 44256
Phone: (330) 723-6404
Fax: (330) 721-7644
E-mail: kreuer@ccj.com
*Attorney for Defendant, El Pino Solo, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   /s/ Owen B. Dunn, Jr.