UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **RICHARD WAGNER**, | ) | Case No.  1:24-cv-1463 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| **DOST, INC, et al** | ) | |
| | ) | |

## ORDER

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: ___July 17, 2025___, 2025

IT IS SO ORDERED.

_____
JUDGE DONALD C. NUGENT